Joseph McGlashan and J. N. Scott, trading as McGlashan and Scott, appellees, v. Elgin, Joliet & Eastern Railway Company, appellant.  Gen. No. 31,378.

Suit to recover for delayed transport of live stock. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this

court for the first district at the October term, 1926. Reversed and remanded. Opinion filed October 19, 1927.

Knapp & Campbell, for appellant; Denis H. Grady, of counsel. Moses, Kennedy, Stein & Bachrach, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.